UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY SMITH, ) | |
| ) | |
| Plaintiff, ) | No. 1:24-cv-00213-JRS-CSW |
| ) | |
| v. ) | |
| ) | |
| LISA ARMSTRONG, et al., ) | |
| ) | |
| Defendants, ) | |

**MOTION TO WITHDRAW DOCUMENTS 77 AND 78**

Comes now Plaintiff, Stacy Smith, through undersigned recruited counsel, and respectfully moves the Court to withdraw Document Nos. 77 and 78 from the above-captioned docket. These documents were erroneously filed.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and withdraw Document Nos. 77 and 78 from the record.

Dated: August 5, 2025

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

/s/   *Bianca M. Eddy*
Bianca M. Eddy, Attorney #35911-49
Eleanor Klemsz, Attorney #38917-49
Patrick H. Reilly, Attorney #28739-49
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
bianca.eddy@faegredrinker.com
eleanor.klemsz@faegredrinker.com
patrick.reilly@faegredrinker.com

*Attorneys for Plaintiff, Stacy Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, a copy of the foregoing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Bianca M. Eddy