UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:24-cv-00213-JRS-CSW |
| | ) |
| LISA AMSTRONG Officer, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON JOINT REQUEST FOR EXTENSION OF TIME**

Now before the Court is the parties' *Joint Report and Request for Extension of Time Regarding Settlement.* (Dkt. 93). The Court, finding good cause shown, **GRANTS** the parties' request. The parties are hereby provided an additional thirty (30) days from the date of this order, up to and including **February 26, 2026**, to complete execution of the settlement documents, finalize payment of the settlement amount, and file a stipulation of dismissal for this case.

**SO ORDERED.**

Date: January 27, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

**STACY SMITH**
5171 East US 40
Straughn, IN 47387

Distributed electronically via ECF to counsel of record.