UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STACY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00213-JRS-CSW |
| | ) |
| LISA AMSTRONG Officer, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON PARTIES' REQUEST FOR SECOND EXTENSION OF TIME**

Now before the Court is the Parties' *Joint Report and Request for Second Extension of Time Regarding Settlement*. (Dkt. 95). The Court, having reviewed said *Request* and finding good cause, hereby **GRANTS** a 30-day extension of time, up to and including **April 2, 2026**, for the Parties to complete execution of the settlement documents, finalize payment of the settlement amount, and file a stipulation of dismissal for this case.

**SO ORDERED.**

**Date:** March 3, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

STACY SMITH
5171 East US 40
Straughn, IN 47387

Distributed electronically via ECF to counsel of record.